AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKittrick, Peter C. | United States Bankruptcy Court, District of Oregon | 07/30/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1001 SW 5th Avenue
Suite 700
Portland OR
97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 - Revocable Living Trust |
| 2. | Co-Trustee | Trust #2 - Revocable Living Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10-29-18 to 10-31-18 | San Antonio, TX | Annual Conference | $444 reimbursement for lodging |
| 2. | Oregon State Bar Debtor-Creditor Section | 11-9-18 | Portland, OR | Annual Meeting and CLE | $350 complementary registration and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mileage Plus Credit Card - revolving credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (Rollover IRA)(H) | | | | | | | | | |
| 2. -Morgan Stanley Bank N.A. (Bank Deposit Program) | A | Interest | K | T | | | | | |
| 3. -ABB (Common) | A | Dividend | K | T | Buy (add'l) | 06/15/18 | J | | |
| 4. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 5. -AAPL (Common) | A | Dividend | K | T | | | | | |
| 6. -BMO (Common) | A | Dividend | K | T | Buy (add'l) | 05/18/18 | J | | |
| 7. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 8. -BMY (Common) | A | Dividend | K | T | Sold (part) | 01/25/18 | J | C | |
| 9. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 10. -CVX (Common) | A | Dividend | J | T | | | | | |
| 11. -CSCO (Common) | A | Dividend | J | T | Sold (part) | 01/17/18 | J | B | |
| 12. | | | | | Sold (part) | 01/25/18 | J | B | |
| 13. -GPC (Common) | A | Dividend | J | T | Sold (part) | 01/17/18 | J | C | |
| 14. -GILD (Common) | A | Dividend | J | T | | | | | |
| 15. -GSK (Commn) | A | Dividend | J | T | Buy (add'l) | 10/23/18 | J | | |
| 16. -GOOG (Common) -Alphabet Inc Cl A | | None | J | T | | | | | |
| 17. -GOOGL (Common) - Alaphabet Inc Cl C | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - GRC (Common) | B | Dividend | J | T | | | | | |
| 19.  - INTC (Common) | A | Dividend | J | T | | | | | |
| 20.  - IBM (Common) | A | Dividend | K | T | Sold (part) | 01/17/18 | J | A | |
| 21. | | | | | Buy (add'l) | 01/19/18 | J | | |
| 22.  - LMNR (Common) | A | Dividend | J | T | Sold (part) | 08/17/18 | J | B | |
| 23.  - MRK (Common) | A | Dividend | J | T | | | | | |
| 24.  - MSFT (Common) | A | Dividend | K | T | | | | | |
| 25.  - NSRGY (Common) | A | Dividend | J | T | | | | | |
| 26.  - PSO (Common) | A | Dividend | J | T | Buy (add'l) | 03/16/18 | J | | |
| 27.  - PG (Common) | A | Dividend | J | T | Buy (add'l) | 05/03/18 | J | | |
| 28.  - PLD (Common) | A | Dividend | J | T | | | | | |
| 29.  - QCOM (Common) | A | Dividend | | | Sold (part) | 01/17/18 | J | A | |
| 30. | | | | | Sold | 03/16/18 | J | B | |
| 31.  - SGEN (Common) | | None | J | T | | | | | |
| 32.  - TOT (Common) | A | Dividend | K | T | Buy (add'l) | 03/16/18 | J | | |
| 33.  - UPS (Common) | A | Dividend | J | T | Buy (add'l) | 02/09/18 | J | | |
| 34. | | | | | Buy (add'l) | 12/18/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - VLO (Common) | A | Dividend | | | Sold | 05/09/18 | J | D | |
| 36. - VEOEY (Common) | A | Dividend | J | T | Buy (add'l) | 10/23/18 | J | | |
| 37. - VFH - Vanguard Financials ETF | A | Dividend | K | T | Sold (part) | 01/17/18 | J | C | |
| 38. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 39. | | | | | Sold (part) | 01/25/18 | J | C | |
| 40. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 41. - VBR - Vanguard Sm Cap Value ETF | A | Dividend | J | T | | | | | |
| 42. - Chicago Ill Genl Oblig-B Build America Bond 4.564% Matures 12/01/20 | A | Interest | | | Sold | 05/04/18 | J | A | |
| 43. - Burbank Calif Wtr & Pwr Rev Ser-B Build America Bond | A | Interest | J | T | | | | | |
| 44. - Hewlett-Packard Co Bond 4.650% Matures 12/09/21 | A | Interest | K | T | | | | | |
| 45. - Baxter Intl Inc Bond 2.4% Matures 8/15/22 | A | Interest | | | Sold | 02/28/18 | J | A | |
| 46. - Burlington North Santa Fe Corp Bond 3.05% Matures 9/1/22 | A | Interest | J | T | | | | | |
| 47. - Goldman Sachs Group Inc Bond 3.625% Matures 1/22/23 | A | Interest | J | T | | | | | |
| 48. - Wells Fargo & Co Bond 3.45% Matures 2/13/23 | A | Interest | J | T | | | | | |
| 49. - Verizon Communications Bond 5.15% Matures 9/15/23 | A | Interest | | | Sold | 06/21/18 | J | A | |
| 50. - JPMorgan Chase & Co Bond 3.875% Matures 9/10/24 | A | Interest | J | T | | | | | |
| 51. - RF (Common) | A | Dividend | J | T | Sold (part) | 01/25/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 53. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 54. Illinois St Genl Oblig Build America Bond 5.363% Matures 2/1/19 | A | Interest | J | T | | | | | |
| 55. - Ebay Inc Corporate Bond 2.6% Matures 7/15/22 | A | Interest | | | Sold | 05/03/18 | J | A | |
| 56. - PDCO (Common) | A | Dividend | | | Sold (part) | 05/03/18 | J | A | |
| 57. | | | | | Sold | 10/23/18 | J | A | |
| 58. - CMD (Common) | A | Dividend | J | T | Sold (part) | 01/25/18 | J | B | |
| 59. - NVO (Common) | A | Dividend | J | T | | | | | |
| 60. - EMR (Commn) | A | Dividend | J | T | Sold (part) | 01/25/18 | J | A | |
| 61. - XOM (Common) | A | Dividend | K | T | Buy (add'l) | 03/07/18 | J | | |
| 62. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 63. - GE (Common) | A | Dividend | J | T | Buy (add'l) | 03/16/18 | J | | |
| 64. - GVA (Common) | A | Dividend | K | T | Buy (add'l) | 08/08/18 | J | | |
| 65. - NCI (Common) | A | Dividend | J | T | | | | | |
| 66. - PTLA (Common) | | None | J | T | | | | | |
| 67. - KBE- SPDR S&P Bank ETF | A | Dividend | | | Sold | 03/16/18 | K | B | |
| 68. JPMorgan Chase & Co Bond 1.70% Matures 03/01/2018 | A | Interest | | | Redeemed | 02/01/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. American Express Co Bond 1.55%, Matures 05/22/2018 | A | Interest | | | Redeemed | 05/22/18 | J | A | |
| 70. Anheuser-Busch Inbev Fin 1.9%, Matures 02/01/2019 | A | Interest | | | Redeemed | 04/23/18 | J | A | |
| 71. Apple Inc Bond 1.762%, Matures 5/11/2022 | A | Interest | K | T | | | | | |
| 72. The Nat'l Bank of Canada Step-Up Callable Note, 2.5% Matures 9/25/22 | A | Interest | J | T | | | | | |
| 73. US Treasury Note 1.0%, Matures 12/31/2017 | A | Interest | | | Redeemed | 01/02/18 | K | A | |
| 74. US Treasury Note 1.0%, Matures 2/15/2018 | A | Interest | | | Redeemed | 02/15/18 | K | A | |
| 75. Discover Greenwood DE CD, 1.0%, Matures 1/11/18 | A | Interest | | | Redeemed | 01/11/18 | J | A | |
| 76. Capital One Bank Glen Allen VA CD, 1.1%, Matures 2/5/18 | A | Interest | | | Redeemed | 02/15/18 | K | A | |
| 77. BMO Harris Bk Chicago IL CD, 1.25%, Matures 4/13/18 | A | Interest | | | Redeemed | 04/13/18 | K | A | |
| 78. Capital One Bank Glen Allen VA CD, 1.35%, Matures 8/23/18 | A | Interest | | | Redeemed | 08/23/18 | K | A | |
| 79. American Exp Salt Lake City UT CD, 1.650%, Matures 3/1/19 | A | Interest | J | T | | | | | |
| 80. -BLDP ( Common) | | None | J | T | Buy | 01/02/18 | J | | |
| 81. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 82. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 83. -BK (Common) | | None | | | Buy | 05/03/18 | J | | |
| 84. | | | | | Sold | 05/18/18 | J | A | |
| 85. US Treasury Note 1.125%, Matures 6//15/18 | A | Interest | | | Buy | 01/03/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Redeemed | 06/15/18 | K | A | |
| 87. Berkshire Bank Pitt CD, 2.00%, Matures 1/16/19 | | None | J | T | Buy | 07/10/18 | J | | |
| 88. BNY Mellon CD, 1.55%, Matures 7-30-18 | A | Interest | | | Buy | 01/25/18 | J | | |
| 89. | | | | | Redeemed | 07/30/18 | J | A | |
| 90. Peoples United Bk Bridgeport CD, 1.60%, Matures 8/7/18 | A | Interest | | | Buy | 01/29/18 | K | | |
| 91. | | | | | Redeemed | 08/07/18 | K | A | |
| 92. Bank Baroda NY CD, 1.70%, Matures 8/28/18 | A | Interest | | | Buy | 02/21/18 | K | | |
| 93. | | | | | Redeemed | 08/28/18 | K | A | |
| 94. US Treasury Note, 1.625%, Matures 3/31/19 | A | Interest | K | T | Buy | 02/05/18 | K | | |
| 95. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 96. US Treasury Note, 1.75%, Matures 9/30/19 | A | Interest | K | T | Buy | 05/21/18 | J | | |
| 97. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 98. US Treasury Note, 1.750%, Matures 10/31/18 | A | Interest | | | Buy | 01/18/18 | K | | |
| 99. | | | | | Sold | 10/23/18 | K | A | |
| 100. Ally Bank Midvale CD, 2.90%, Matures 5/17/21 | A | Interest | J | T | Buy | 05/23/18 | J | | |
| 101. US Treasury Note, 2.50%, Matures 5/31/20 | A | Interest | K | T | Buy | 08/21/18 | K | | |
| 102. -SO (Common) | A | Dividend | J | T | Buy | 02/08/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 104. -DUK (Common) | A | Dividend | J | T | Buy | 02/08/18 | J | | |
| 105. VTIP - Vanguard Short-Term Inflation Protected Sec | A | Dividend | J | T | Buy | 03/21/18 | J | | |
| 106. US Treasury Note, 2.375%, Matures 12/31/20 | A | Interest | K | T | Buy | 06/19/18 | K | | |
| 107. US Treasury Note, 1.50%, Matures 12/31/18 | A | Interest | | | Buy | 08/29/18 | K | | |
| 108. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 109. | | | | | Redeemed | 12/31/18 | K | A | |
| 110. US Treasury Note, 1.625%, Matures 6/30/19 | A | Interest | K | T | Buy | 04/17/18 | J | | |
| 111. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 112. US Treasury Note, 1.875%, Matures 12/31/19 | A | Interest | K | T | Buy | 04/26/18 | J | | |
| 113. | | | | | Buy (add'l) | 08/10/18 | J | | |
| 114. Brokerage #2 (Trust #1) (H) | | | | | | | | | |
| 115. - Fidelity Investments Core Account | A | Interest | J | T | | | | | |
| 116. Brokerage #3 (Trust #1)(H) | | | | | | | | | |
| 117. - JNJ (Common) | A | Dividend | J | T | Sold (part) | 06/12/18 | J | C | |
| 118. | | | | | Sold (part) | 11/08/18 | J | C | |
| 119. - NNBR (Common) | A | Dividend | J | T | Buy (add'l) | 06/12/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 121. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 122.  - RDN (Common) | A | Dividend | J | T | Sold (part) | 06/22/18 | J | B | |
| 123.  - Fidelity Cash Reserves (FDRXX) | B | Dividend | L | T | | | | | |
| 124.  - Fidelity Investments Core Account (Cash) | A | Interest | J | T | | | | | |
| 125.  - MMTOF (Common) | A | Dividend | | | Sold | 06/22/18 | J | A | |
| 126.  - AAPL (Common) | A | Dividend | J | T | | | | | |
| 127.  - CSCO (Common) | A | Dividend | J | T | Sold (part) | 11/08/18 | J | B | |
| 128. | | | | | Sold (part) | 11/09/18 | J | A | |
| 129.  - FCX (Common) | A | Dividend | J | T | Sold (part) | 06/22/18 | J | B | |
| 130.  - GBSND (Common) | | None | J | T | | | | | |
| 131.  - LMAT (Common) | A | Dividend | J | T | | | | | |
| 132.  - TROV (Common) | | None | J | T | Buy (add'l) | 06/12/18 | J | | |
| 133. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 134. | | | | | Buy (add'l) | 11/09/18 | J | | |
| 135.  - CIEN (Common) | | | J | T | Buy | 06/12/18 | J | | |
| 136.  - SORL (Common) | | | J | T | Buy | 04/04/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/04/18 | J | | |
| 138. - LYB (Common) | A | Distribution | J | T | Buy | 11/19/18 | J | | |
| 139. - AXL (Common) | | | J | T | Buy | 11/09/18 | J | | |
| 140. Brokerage #4 (H) (Y) | | | | | | | | | |
| 141. - Morgan Stanley Bank N.A. (Bank Deposit Program) - (Y) | | | | | | | | | |
| 142. - CVX (Common) (Y) | | | | | | | | | |
| 143. - CSCO (Common) (Y) | | | | | | | | | |
| 144. - MSI (Common) (Y) | | | | | | | | | |
| 145. - WMT (Common) (Y) | | | | | | | | | |
| 146. - American Funds - Growth Fund of America A (AGTHX) (Y) | | | | | | | | | |
| 147. - American Funds - Smallcap World Fund A (SMCWX) (Y) | | | | | | | | | |
| 148. - American Funds - Washington Mutual Investor Fund A (AWSHX) (Y) | | | | | | | | | |
| 149. Oregon College Savings Plan #1 - Age Based Portfolio 18 and Over | | None | K | T | | | | | |
| 150. Oregon College Savings Plan #2 - Age Based Portfolio 18 and Over | | None | J | T | | | | | |
| 151. Brokerage #5 (H) | | | | | | | | | |
| 152. -Charles Schwab Cash Holding Account | A | Interest | J | T | | | | | |
| 153. - JNJ (Common)(X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Brokerage #7 (Trust #3 - residual beneficiary trust)(H) | | | | | | | | | |
| 155. - Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 156. - Cash - Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 157. - Vanguard High Yield Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 158. - Vanguard Interm Term Tax Exempt Bond Fund | A | Dividend | K | T | | | | | |
| 159. -Vanguard Long Term Tax Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 160. - Vanguard LTD Term Tax Exempt Bond Fund | A | Dividend | J | T | | | | | |
| 161. - Vanguard Intl Growth Fund | C | Dividend | K | T | | | | | |
| 162. - Vanguard Small Cap Index Fund | B | Dividend | L | T | | | | | |
| 163. - Vanguard Total Intl Stk Index Fund | B | Dividend | L | T | | | | | |
| 164. - Vanguard Total Stock Mtk Index Fund | B | Dividend | L | T | | | | | |
| 165. - Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 166. - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 167. - Vanguard Total Stock Market ETF | B | Dividend | L | T | | | | | |
| 168. Hawksbeard Ventures LLC (H) | | | | | | | | | |
| 169. - Rental Property, Black Butte Ranch, OR | | None | M | W | | | | | |
| 170. American General Life Insurance Co Variable Life VIP Index 500 (CSV) | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code I<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 171.  Bank of America Account - Checking | A | Interest | J | T | | | | | |
| 172.  Keybank Account - Checking (Y) | | | | | | | | | |
| 173.  Brokerage #10 (Trust #1) (H) (Y) | | | | | | | | | |
| 174.  Brokerage #11 (IRA) (H) | | | | | | | | | |
| 175.  Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 176.  - GOOG (Common) | | None | J | T | | | | | |
| 177.  - CSCO (Common) | A | Dividend | J | T | | | | | |
| 178.  - FDX (Common) (X) | A | Dividend | J | T | | | | | |
| 179.  - JNJ (Common) | A | Dividend | J | T | | | | | |
| 180.  - KHC (Common) | A | Dividend | J | T | | | | | |
| 181.  - EBAY (Common) | | None | J | T | | | | | |
| 182.  - PG (Common) | A | Dividend | K | T | | | | | |
| 183.  - VZ (Common) | A | Dividend | J | T | | | | | |
| 184.  US Treasurry Note, 1.50%, Matures 12-31-2018 | A | Interest | | | Buy | 11/06/18 | J | | |
| 185. | | | | | Redeemed | 12/31/18 | J | A | |
| 186.  US TGreasury Note, 1.750%, Matures 110/31/18 | A | Interest | | | Buy | 05/04/18 | J | | |
| 187. | | | | | Redeemed | 10/31/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Brokerage #12 (IRA) (H) | | | | | | | | | |
| 189.  Morgan Stanley Bank NA (Cash) | A | Interest | K | T | | | | | |
| 190.  - GOOG (Common) | | None | K | T | | | | | |
| 191.  - AAPL (Common) | A | Dividend | J | T | | | | | |
| 192.  - KO (Common) | A | Dividend | J | T | | | | | |
| 193.  - XOM (Common) | A | Dividend | J | T | | | | | |
| 194.  - FDX (Common) | A | Dividend | J | T | | | | | |
| 195.  - JNJ (Common) | A | Dividend | K | T | | | | | |
| 196.  - PG (Common) | A | Dividend | K | T | | | | | |
| 197.  - SORL (Common) | | None | J | T | | | | | |
| 198.  - VZ (Common) | A | Dividend | J | T | | | | | |
| 199.  US Treasury Note, 1.0% Matures 12/31/17 | A | Interest | | | Redeemed | 01/02/18 | K | A | |
| 200.  US Treasury Note, 1.0%, Matures 2/15/18 | A | Interest | | | Redeemed | 02/15/18 | K | A | |
| 201.  US Treasury Note, 1.125%, Matures 6/15/18 | A | Interest | | | Redeemed | 06/15/18 | K | A | |
| 202.  US Treasury Note, 1.50%, Matures 8/31/18 | A | Interest | | | Buy | 01/19/18 | K | | |
| 203. | | | | | Redeemed | 08/31/18 | K | A | |
| 204.  US Treasury Note, 1.50%, Matures 12-31-18 | A | Interest | | | Buy | 09/17/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Redeemed | 12/31/18 | K | A | |
| 206. US Treasury Note, 1.50%, Matures 12-31-18 | A | Interest | | | Buy | 11/16/18 | K | | |
| 207. | | | | | Redeemed | 12/31/18 | K | A | |
| 208. US Treasury Note, 1.625%, Matures 3-31-19 | A | Interest | K | T | Buy | 05/04/18 | J | | |
| 209. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 210. US Treasury Note, 1.625%, Matures 6/30/19 | A | Interest | K | T | Buy | 05/04/18 | J | | |
| 211. | | | | | Buy (add'l) | 06/20/18 | K | | |
| 212. US Treasury Note, 1.750%, Matures 10/31/18 | A | Interest | | | Buy | 01/26/18 | K | | |
| 213. | | | | | Redeemed | 10/31/18 | K | A | |
| 214. US Treasury Note, 1.875%, Matures 12-31-19 | A | Interest | K | T | Buy | 05/04/18 | J | | |
| 215. | | | | | Buy (add'l) | 06/20/18 | J | | |
| 216. US Treasury Note, 2.00%, Matures 1/31/20 | | None | K | T | Buy | 11/05/18 | K | | |
| 217. - JWM Homes, LLC (H) | | | | | | | | | |
| 218. - Rental Property, Portland OR | E | Rent | O | R | | | | | |
| 219. US Bank Checking titled in name of LLC (X) | | None | J | T | | | | | |
| 220. - Brokerage #13 (H) (Y) | | | | | | | | | |
| 221. Fidelity Government Money Market, SPAXX (Cash) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Ishares Edge MSCI Min Vol USA ETF (Y) | | | | | | | | | |
| 223.  - Ishares Silver Trust ETF (Y) | | | | | | | | | |
| 224.  - AAPL (Common) (Y) | | | | | | | | | |
| 225.  - CMG (Common) (Y) | | | | | | | | | |
| 226.  - CSCO (Common) (Y) | | | | | | | | | |
| 227.  - PTY (Common) (Y) | | | | | | | | | |
| 228.  - PG (Common) (Y) | | | | | | | | | |
| 229.  - VZ (Common) (Y) | | | | | | | | | |
| 230.  - Pennantpark Invt Corp Note 4.50%, Matures 10/01/19 (Y) | | | | | | | | | |
| 231.  - AT&T Inc Note 4.45%, Matures 05/15/21 (Y) | | | | | | | | | |
| 232. Marcus by Goldman Sachs Savings Account (Y) | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 07/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments & Trusts

Lines 140-148 - Assets held [REDACTED] that is no longer a dependent
Line 172 - This asset is below the reporting threshold
Line 173 - This asset is below the reporting threshold
Line 218 - Value Code R = Purchase Price - Real Estate purchased on 5/10/17 for $536,000
Line 219 - Prior year account value was under reporting threshold
Lines 220-232 - Assets held [REDACTED] that is no longer a dependent

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter C. McKittrick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544